# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH    DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *for the use*<br>*and benefit of RJ Hall Construction, Inc.*;<br>COMPANION PROPERTY and CASUALTY<br>INSURANCE COMPANY,<br><br>      Plaintiffs,<br>v.<br><br>IAP-LEOPARDO CONSTRUCTION, INC.;<br>and CONTINENTAL CASUALTY<br>COMPANY;<br><br>      Defendants.        ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.    CV412-289 |

## O R D E R

The Court having reviewed and considered the petitions of Edward B. Keidan and John S. Mrowiec of the law firm of Conway & Mrowiec, 20 South Clark Street, Suite 1000, Chicago, Illinois 60603, for permission to appear pro hac vice on behalf of defendants IAP-Leopardo Construction, Inc., and Continental Casualty Company, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Edward B. Keidan and John S. Mrowiec as counsel of record for defendants IAP-Leopardo Construction, Inc., and Continental Casualty Company, in this case.

**SO ORDERED** this ___13th___ day of December, 2012.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA