IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of RJ HALL CONSTRUCTION, INC., and COMPANION PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>    Plaintiffs and Counter Defendants,<br><br>v.<br><br>IAP-LEOPARDO CONSTRUCTION, INC. and CONTINENTAL CASUALTY COMPANY;<br><br>    Defendants and Counter Claimants. | CASE NO. CV412-289 |

## O R D E R

Before the Court is the parties' Joint Stipulation for Voluntary Dismissal. (Doc. 21, 22.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff or counter claimant may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, Plaintiff's claims against Defendants and Counter Claimant's claims against Counter Defendants are all **DISMISSED WITH PREJUDICE**. Each party in this action shall bear its own costs and attorney fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 17th day of May 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA