IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA for the )
use and benefit of RJ HALL )
CONSTRUCTION, INC., and COMPANION )
PROPERTY AND CASUALTY INSURANCE )
COMPANY, )
)
    Plaintiffs and Counter )
    Defendants, )
)
v. )  CASE NO. CV412-289
)
IAP-LEOPARDO CONSTRUCTION, INC. )
and CONTINENTAL CASUALTY COMPANY; )
)
    Defendants and Counter )
    Claimants. )
)

**O R D E R**

Before the Court is the parties' Joint Stipulation for Voluntary Dismissal. (Doc. 21, 22.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff or counter claimant may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, Plaintiff's claims against Defendants and Counter Claimant's claims against Counter Defendants are all **DISMISSED WITH PREJUDICE**. Each party in this action shall bear its own costs and attorney fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this **17th** day of May 2013.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA